Jesse M. SKINNER; Manuel E.
Skinner, Jr., Plaintiffs–
Appellants

v.

John BORDAGES, Jr., Individually;
Craig Shows, Individually; John Haw-
kins, Individually; Mary Foretich, In-
dividually; Terry Davis, individually;
Keith Davis, Individually; Carlo Ro-
botti, Individually; Brian MacCarthy,
Individually; Tom Deichmann, Indi-
vidually; Burnell Dedeaux, Individu-
ally; Luis Hawkins, Individually;
Charles Brandon Moore, Individually;
Karl Winter, Individually; GPCH–GP,
Incorporated, A Delaware Corpora-
tion, doing business as Garden Park
Medical Center; John/Jane Doe NO. 1,
Dr.; Emergency Room Doctor, as em-
ployee and agent of GPCH–GP, Inc.,
d/b/a, a/k/a Garden Park Medical Cen-
ter; and in his/her Individual Capaci-
ty; Jane/John Doe, Nurse; Emergency
Room Nurse, as an employee and
agent of GPCH–GP, Inc., d/b/a, a/k/a
Garden Park Medical Center; and in
his/her Individual Capacity; John/
Jane Doe NO. 2, Dr.; X–Ray Physi-
cian, as an employee and agent of
GPCH–GP, Inc., d/b/a, a/k/a Garden
Park Medical Center, and in his/her
Individual Capacity; John/Jane Doe
NO. 3, Dr./Mr./Mrs./Ms.: Hospital Ad-
ministrator, as an employee and agent
of GPCH–GP, Inc., d/b/a, a/k/a Garden
Park Medical Center, and in his/her
Individual Capacity; John B. Metcalf,
Individually; Robert Hillier, Dr.;
M.D.; Individually; Roy Hugh Flem-
ing, M.D.; Tom Wheeler, Individually,
Defendants–Appellees.

No. 15–60579
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 29, 2016.

Jesse M. Skinner, Yazoo City, MS, pro
se.

Manuel E. Skinner, Jr., D'Iberville, MS,
pro se.

Roy Hugh Fleming, M.D., Metairie, LA,
pro se.

Stephen R. Graben, Assistant U.S. At-
torney, U.S. Attorney's Office, Gulfport,
MS, William E. Whitfield, III, Esq., Attor-
ney, Kimberly Saucier Rosetti, Copeland,
Cook, Taylor & Bush, P.A., Biloxi, MS, for
Defendants–Appellees.

Before WIENER, HIGGINSON, and
COSTA, Circuit Judges.

PER CURIAM: *

Proceeding pro se, Plaintiffs–Appellants
Jesse M. Skinner and Manuel E. Skinner,
Jr. appeal the several rulings of the dis-
trict court, culminating with its Final
Judgment of August 6, 2015, which dis-
missed the action of Plaintiffs–Appellants.
Our review of the record on appeal in this
case, including the briefs of the parties
and, *inter alia,* the district court's Memo-
randum Opinion and Order of September
9, 2014, satisfies us that the Judgment of

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that court should be affirmed in all respects.

AFFIRMED.